1012

No. 1335, Misc. PARNESS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 1339, Misc. VIGIL *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1341, Misc. LYNN ET AL. *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 1343, Misc. PUPPE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1349, Misc. MEIKLE *v.* FAY, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1351, Misc. GONZALES *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 1354, Misc. WRIGHT *v.* DICKSON, WARDEN; ET AL. C. A. 9th Cir. Certiorari denied.

No. 1357, Misc. COLLINS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1362, Misc. HONEA *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied. *Emma Andre Monroe* for petitioner.

No. 1364, Misc. PONCE *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.